Exhibit D

 **DELTA**

Delta Air Lines, Inc.
1020 Delta Boulevard
Atlanta, GA 30320

March 12, 2021

Timothy McDonald
201 John Williams Rd
Jackson, TN 38301

Dear Mr. McDonald,

It was brought to our attention that you have come under investigation by law enforcement for actions, done while traveling on Delta flight privileges, that do not align with Delta's standard of conduct or Rules of the Road.

As a result of this information and our internal review, your nonrevenue retiree travel privileges, as well as those of all other individuals associated with your PPR, have been suspended. Additionally, during the suspension, you are prohibited from using any other employee or retiree's non-revenue travel privileges at Delta, this includes the privileges of any family members. You will also not be eligible for the Fly Confirmed for Less programs.

If you have information you wish to provide regarding this issue or believe we have reached this determination in error, please feel free to send an email to, passprotection@delta.com.